KWESI B. AMONOO,

    **Plaintiff,**

    v.                                          **Case No. 25-CV-1380-SCD**

**DAVID J. FRANK LANDSCAPE CONTRACTING, INC.,**
**RANDY C.,**
**ALEX,**
**ADAM A.,**
**KURT BARTELL,**
**DAMIAN R.,** and
**DONNA L.,**

    **Defendants.**

## REPORT AND RECOMMENDATION

On September 9, 2025, Kwesi Amonoo filed a federal complaint against his former employer, David J. Frank Landscape Contracting, Inc., and several of the company's employees. *See* ECF No. 1. Amonoo, who is proceeding without a lawyer, alleged discrimination in violation of federal law and Wisconsin public policy. I dismissed the complaint at screening with leave to amend. *See* ECF No. 7. Amonoo filed an amended complaint on February 27, 2026. *See* ECF No. 8. But I dismissed that one, too. *See* ECF No. 9. I gave Amonoo until May 6, 2026, to amend his complaint again and warned that this action could be dismissed for failure to prosecute if he didn't comply. *See id.* at 8. Amonoo did not file an amended complaint by that deadline.

Accordingly, I infer that Amonoo no longer wants to pursue this action and **RECOMMEND** that it be **DISMISSED** for lack of diligence. *See* Fed. R. Civ. P. 41(b); E.D.

Wis. Civ. L. R. 41(c). I also recommend that Amonoo's motion to waive the filing fee, ECF No. 3, be **DENIED**. Because not all parties have consented to magistrate-judge jurisdiction, the clerk of court shall reassign this matter to a district judge to review my report and recommendation.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the district judge in writing.

**SO ORDERED** this 24th day of June, 2026.

_____
STEPHEN C. DRIES
United States Magistrate Judge